FILED
CLERK, U.S. DISTRICT COURT
JUN 11 2009
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 09-1228 M |
| Plaintiff, ) | ORDER OF DETENTION AFTER HEARING |
| v. ) | (Fed.R.Crim.P. 32.1(a)(6) |
| Camillo Rangel ) | 18 U.S.C. § 3143(a) |
| Defendant. ) | Allegations of Violations of Probation/Supervised Release Conditions) |

On arrest warrant issued by the United States District Court for the Southern District of CA involving alleged violations of conditions of probation/supervised release:

1. The court finds that no condition or combination of conditions will reasonably assure:

   A. (✓) the appearance of defendant as required; and/or

   B. (✓) the safety of any person or the community.

///
///
///
///
///

2.  The Court concludes:

   A.  (✓) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to pose a risk to the safety of any other persons or the community.  Defendant poses a risk to the safety of other persons or the community based on: _nature of alleged violation_

   B.  (✓) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to flee if released.  Defendant poses a flight risk based on: _____

IT IS ORDERED that defendant be detained.

DATED: 6/11/09

HONORABLE JACQUELINE CHOOLJIAN
United States Magistrate Judge

2